417 A.2d 766

Commonwealth v. Dodson, Appellant.

Submitted March 12, 1979. E. Franklin Martin, Assistant Public Defender, for appellant; William C. Cramer, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 766

Commonwealth v. Fields, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.